**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **(1) RICARDO SANTIAGO ORTIZ-LOPEZ,** | § | **EP-22-CR-00638-DCG-1** |
| | § | |
| | § | |
| ***Defendant.*** | § | |

**ORDER UNSEALING MEMORANDUM OPINION AND ORDER**

On January 18, 2023, the Court issued a Memorandum Opinion and Order granting Defendant Ricardo Santiago Ortiz-Lopez's motion to suppress certain evidence. Mem. Op. & Order, ECF No. 98. Because the Memorandum Opinion and Order referenced several sealed docket entries,[1] the Court filed it under seal as well. *Id.* at 22.

On March 8, 2023, the Court gave the parties "until April 7, 2023[2] to object to unsealing the Memorandum Opinion and Order." Notice, ECF No. 114, at 2. The Court told the parties that if it did not "receive any objections by that date," the Court would unseal the document. *Id.* at 2. Neither party objected before the deadline expired.

The Court therefore **UNSEALS** its "Sealed Memorandum Opinion and Order Granting Defendant's Motion to Suppress" (ECF No. 98).

The Court further **UNSEALS** its "Sealed Notice" (ECF No. 114).

---

[1] Those docket entries will remain sealed for the time being.

[2] Because the courthouse was closed on April 7, 2023, the Court waited until April 10, 2023 to see whether any party objected. *See* FED. R. CRIM. P. 45(a)(3) ("[I]f the clerk's office is inaccessible . . . on the last day for filing . . . then the time for filing is extended to the first accessible day that is not a Saturday, Sunday, or legal holiday.").

**So ORDERED and SIGNED this 11th day of April 2023.**

**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**